UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. 3:03CV652 (PCD) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | SEPTEMBER 29, 2003 |

## OBJECTION TO DEFENDANT'S MOTION TO DISMISS

The Plaintiff in the above entitled matter hereby objects to the Defendant's Motion to Dismiss and files a Memorandum of Law in support thereto.

THE PLAINTIFF

By _____
Christine E. Corriveau
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 27th day of September, 2003:    Remailed 10/9/03

Joseph McQuade, Esq.
Diana Garfield, Esq.
Kainen Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Christine E. Corriveau