UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED Oct 17  3 29 PM '03*
*U.S DISTRICT COURT*
*NEW HAVEN, CONN.*

| | |
|---|---|
| BEVERLY MYERS | : CIVIL ACTION NO: |
| | : 3:03CV652 (PCD) |
| V. | : |
| CITY OF HARTFORD, ET AL | : OCTOBER 15, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Beverly Myers, respectfully requests that the court grant an extension time to answer and object to Defendants interrogatories dated September 16, 2003 to November 16, 2003.

PLAINTIFF

By: _____
Christine E. Corriveau, Esq.
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106
(860) 560-2590
Federal Bar # No.: ct21212

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 15th day of October, 2002:

Joseph W. McQuade, Esq.
Diana Garfield, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

_____
Christine E. Corriveau