*FILED*

Oct 17  3 30 PH '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| | : | |
| Defendants. : | | **SEPTEMBER 9, 2003** |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, defendants move to dismiss the City of Hartford and Robert Stacy as defendants in this case and to dismiss Count 9 of the Amended Complaint for failure to state a claim upon which relief can be granted.

A memorandum in support of this motion is attached hereto.

DEFENDANTS
CITY OF HARTFORD, ET AL

By _____
Joseph W. McQuade, ct 12121
Diana Garfield, ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendants' Motion to Dismiss was sent via first class U.S. mail on this the 9th day of September, 2003 to:

>     Christine E. Corriveau, Esq.
>     Francis A. Miniter, Esq.
>     Miniter & Associates
>     147 Charter Oak Avenue
>     Hartford, CT  06106

Diana Garfield

11079