

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV 652 (PCD) |
| v. | : | |
| CITY OF HARTFORD, ET AL | : | |
| Defendants. | : | January 14, 2004 |

### DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

In accordance with Local Rule 7(b)2, 3, Defendants move to modify the scheduling order in order to complete discovery, particularly the deposition of the plaintiff and Nikilwa Taquilaya. Defendants have acted expeditiously to attempt to complete discovery within the period set by the scheduling order (1/26/04) as illustrated by the following actions:

1. Promulgation of Interrogatories and Requests for Production on September 13, 2003;

2. Promulgation of Requests for Admission on December 19, 2003;

3. Deposition of Arbitrator Mark Irvings in Boston, Massachusetts on January 8, 2004;

4. Attempts to serve a subpoena on Arbitrator N. Taquilaya for a deposition scheduled for January 16, 2004;

5.  Defendants have been attempting to depose the plaintiff since October 17, 2003 (Exhibit 1). Plaintiff finally agreed to a deposition date of January 14, 2004;

6.  On January 9, 2004, defendants' counsel advised plaintiff's counsel that no responses to the requests for production dated September 13, 2003 had been received. (Exhibit 2);

7.  On January 13, 2004, the day before the scheduled deposition, defendants' counsel received responses to the requests for production consisting of approximately 250 documents, claims of privilege without the information required by Fed. R. Civ. P., and categories of additional documents "to be produced." Defendants could not proceed with a deposition on the next day;

8.  Defendants offered several alternative dates for plaintiff's deposition the following week but have received no agreement from plaintiff to attend.

Since defendants have shown good faith in processing this case, they request additional time for discovery to take the plaintiff's deposition and Mr. Taquilaya's deposition. This is the defendants' first request to modify the scheduling order to complete discovery. Plaintiff's counsel has no objection to the proposed modification.

Wherefore, defendants request that the discovery period be extended to April 15, 2004 and dispositive motions be due on July 1, 2004.

DEFENDANTS,

By _____
Diana Garfield
Federal Bar No. ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of January 2004, a copy of the foregoing Motion for Modification of Scheduling Order was sent via first class, U.S. mail to:

Francis Miniter, Esq.
Christine Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

                                                                           _____
                                                                                Diana Garfield

12490

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BEVERLY MYERS** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL** | : | |
| | : | |
| Defendants. | : | October 17, 2003 |
| | : | |

## NOTICE OF DEPOSITION

TO:   Beverly Myers
c/o Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106

Please take notice that, pursuant to Federal Rules of Civil Procedure 33, the Defendants in the above-captioned action will take the deposition of the plaintiff, Beverly Myers beginning at 10:00 a.m. on Wednesday, October 29, 2003 at the offices of Kainen, Escalera & McHale, P.C., 21 Oak Street, Hartford, Connecticut before a court reporter or other competent authority. Oral examination will continue from day to day until completion or adjournment.

Counsel is invited to attend and cross-examine.

DEFENDANTS,

By **Diana Garfield** _(signature)_
Diana Garfield
Federal Bar No. ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of October 2003, a copy of the foregoing Notice of Deposition was mailed via U.S. Mail, first-class, postage prepaid to:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

_(signature)_
Diana Garfield

11479

- 2 -

Case 3:03-cv-00652-PCD   Document 45   Filed 01/15/2004   Page 5 of 6

# KAINEN, ESCALERA & McHALE, P.C.

21 OAK STREET<br>
HARTFORD, CONNECTICUT 06106<br>
TELEPHONE: (860) 493-0870<br>
FACSIMILE: (860) 493-0871

January 9, 2004

**_VIA FACSIMILE_**

Christine Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

   *Re:* **_Myers Deposition_**

Dear Christine:

  In getting organized for Ms. Myers' deposition, currently scheduled for Wednesday, I have been reviewing your discovery responses.

  I note that I filed interrogatories and requests for production on September 16, 2003. You responded to the interrogatories on November 14, 2003. My file shows no responses to the requests for production of documents.

  Please advise me immediately if you believe you have responded to the requests for production. If you have not, please contact me so that we can discuss how this impacts on the upcoming deposition.

          Very truly yours,

          *Diana Garfield/ds*
          Diana Garfield

DG:ds
12448