UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY MYERS

    -vs-                                                           Civil No. 3:03 cv 652 (PCD)

CITY OF HARTFORD, ET AL

<u>ENDORSEMENT ORDER</u>

      Defendants' motion for modification of scheduling order (Doc. #45) is hereby GRANTED-IN-PART as follows:

    All depositions and discovery shall be completed on or before <u>March 19, 2004</u> and any dispositive motions shall be filed on or before <u>May 8, 2004</u>, compliant with the court's supplemental order.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 26, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge