UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BEVERLY MYERS** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, ET AL** | : | |
| | : | |
| Defendants. | : | APRIL 27, 2004 |

## MOTION FOR EXTENSION OF TIME TO
## FILE SUMMARY JUDGMENT MOTION

Defendants request that the Court extend the date for filing summary judgment motions from May 8, 2004 to May 31, 2004. Defendants need the additional time to finalize materials in support of the motion among the six individual defendants, one of whom no longer works for the City of Hartford and four of whom no longer sit on the State Board of Trustees, which has been disbanded. Defendants completed the plaintiff's deposition on March 10, 2004 and received the deposition transcript at the end of March, 2004.

Plaintiff's counsel has no objection to the granting of this motion. This is the defendants' first motion to extend the time within which to file a summary judgment motion.

        DEFENDANTS
        CITY OF HARTFORD, ET AL


By_____
    Joseph W. McQuade, ct 12121
    Diana Garfield, ct05551
    Kainen, Escalera & McHale, P.C.
    21 Oak Street
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    jmcquade@kemlaw.com
    dgarfield@kemlaw.com
    Their Attorneys

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Defendants' Motion to Dismiss was sent via first class U.S. mail on this the 27th day of April, 2004 to:

Christine E. Corriveau, Esq.
Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106


_____
    Diana Garfield

13726