# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BEVERLY MYERS

   -vs-                                                                                  Civil No. 3:03 cv 652 (PCD)

CITY OF HARTFORD, ET ALS

<u>ENDORSEMENT ORDER</u>

      The defendants' motion for extension of time until May 31, 2004 for the filing of summary judgment motions (Doc. #47) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, April 30, 2004.

                                                      /s/_____
                                                          Peter C. Dorsey, Senior
                                                          United States District Judge