

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| | : | |
| Defendants. | : | MAY 28, 2004 |

### CERTIFICATION OF SERVICE OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Judge Dorsey's Supplemental Order Regarding Motion Filing, the defendants hereby certify that on this 28th day of May, 2004, they have hand delivered a Motion for Summary Judgment, Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Rule 56(a)(1) Statement of Facts Not in Dispute and accompanying exhibits to:

> Francis A. Miniter, Esq.
> Christine E. Corriveau, Esq.
> Miniter & Associates
> 100 Wells Street, Suite 1D
> Hartford, CT  06103

DEFENDANTS EDNA NEGRON, D. ANWAR AL-GHANI, JIM BOUCHER, FELIX KARSKY, ANTHONY AMATO, ANN BIRD, STATE BOARD OF TRUSTEES FOR THE CITY OF HARTFORD AND THE HARTFORD BOARD OF EDUCATION

By /s/ Joseph W. McQuade
Joseph W. McQuade, ct 12121
Diana Garfield, ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
dgarfield@kemlaw.com
Their Attorneys

14097

2