UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY MYERS : CIVIL ACTION NO:
3:03CV652 (PCD)

V. :

CITY OF HARTFORD, ET AL : June 18, 2004

## MOTION FOR EXTENSION OF TIME

The Plaintiff in the above captioned matter hereby requests a 30 day extension of time to respond to the Defendant's Motion for Summary Judgment dated May 28, 2004. The Plaintiff makes this request due to an unusually heavy case load. Plaintiff's Counsel has had prepare Objections to Summary Judgment Motions in the following cases:

JD Houston v. Infinity Radio due June 21, 2004, Civil Action No: 3:03CV0130 (AWT)

Paul Allen v. Gerard Egan due May 24, 2004., Civil Action No: 3:02CV2251 (DJS)

Brigitta Rainey v. Department of Labor due April 29, 2004, Civil Action No: 3:01CV2109 (SRU).

The Plaintiff has contacted Defendant's Counsel who has no objection to this motion.

This is the Plaintiff's first request for an Extension of Time to Object to the Defendant's Motion for Summary Judgment.

THE PLAINTIFF

By _____
Christine E. Corriveau
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06105
860-560-2590 ct21212

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed to the following counsel of record this ____ day of June, 2004:

Joseph McQuade, Esq.
Diana Garfield, Esq.
Kainen Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Christine E. Corriveau