**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BEVERLY MYERS

     -vs-                                                    Civil No. 3:03 cv 652 (PCD)

CITY OF HARTFORD, ET ALS

<u>ORDER</u>

_____The plaintiff's motion for extension of time of thirty days to respond to the

defendant's motion for summary judgment dated May 28, 2004.  (Doc. #50) is hereby

GRANTED.

     SO ORDERED.

     Dated at New Haven, Connecticut, June 30, 2004.

                         /s/_____
                                 Peter C. Dorsey, Senior
                                 United States District Judge