UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: 3:03CV652 (PCD) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | July 20, 2004 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**

The Plaintiff in the above captioned matter hereby requests an extension of time until July 31, 2004 to respond to the Defendant's Motion for Summary Judgment dated May 28, 2004. The Plaintiff first made this request due to an unusually heavy case load. Plaintiff's Counsel has had prepare Objections to Summary Judgment Motions in the following cases:

JD Houston v. Infinity Radio due June 21, 2004, Civil Action No: 3:03CV0130 (AWT)

Paul Allen v. Gerard Egan due May 24, 2004., Civil Action No: 3:02CV2251 (DJS)

Brigitta Rainey v. Department of Labor due April 29, 2004, Civil Action No: 3:01CV2109 (SRU).

This Second Request for an Extension of Time is based on Plaintiff's Counsel having to cover cases for Maj. Daniel C. Spineti, an attorney with this firm, who has been on active duty with the Connecticut National Guard for the last two weeks. He is scheduled to return on Monday.

The Plaintiff has contacted Defendant's Counsel who has no objection to this motion.

This is the Plaintiff's Second Request for an Extension of Time to Object to the Defendant's Motion for Summary Judgment.

THE PLAINTIFF

By /s/ Christine E. Corriveau
Christine E. Corriveau
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06105
860-560-2590 ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 20th day of July, 2004:

Joseph McQuade, Esq.
Diana Garfield, Esq.
Kainen Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

/s/ Christine E. Corriveau
Christine E. Corriveau