UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| | : | |
|     Defendants. | : | MAY 28, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Edna Negron, D. Anwar Al-Ghani, James Boucher, Felix Karsky, Anthony Amato, Ann Bird (the "Individual Defendants"), the "State Board of Trustees for the City of Hartford" and the Hartford Board of Education (the "Institutional Defendants") (collectively, the "Defendants") respectfully move for summary judgment on all claims contained in Plaintiff's Amended Complaint. Summary Judgment should enter for the following reasons:

    1.    Plaintiff Cannot Establish a Valid Claim Pursuant to 42 U.S.C. §1983 Against Any of the Defendants;

    2.    Plaintiff Cannot Establish a Valid Claim Pursuant to 42 U.S.C. §1985 Against Any of the Defendants;

    3.    The Individual Defendants Are Entitled to Qualified Immunity;

    4.    The State Board of Trustees for the City of Hartford Did Not and Does Not Exist;

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

5. The State Board of Trustees for the Hartford Public Schools Is Entitled to Sovereign and/or Eleventh Amendment Immunity;

6. The Reconstituted Hartford Board of Education Had No Involvement in the Actions Forming the Basis for the Amended Complaint; and

7. Plaintiff Has Failed to Allege and Substantiate A Municipal Policy, Custom or Practice Against Either Institutional Defendant.

In further support of this motion, the Defendants rely upon the accompanying Memorandum of Law in Support, their Rule 56(a)(1) Statement of Facts Not in Dispute and accompanying affidavits and materials.

DEFENDANTS EDNA NEGRON, D. ANWAR AL-GHANI, JIM BOUCHER, FELIX KARSKY, ANTHONY AMATO, ANN BIRD, STATE BOARD OF TRUSTEES FOR THE CITY OF HARTFORD AND THE HARTFORD BOARD OF EDUCATION

By /s/ Joseph W. McQuade
Joseph W. McQuade, ct 12121
Diana Garfield, ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Summary Judgment was sent via first class U.S. mail on this the 28th day of May, 2004 to:

Christine E. Corriveau, Esq.
Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106

_____
Joseph W. McQuade

13840