UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| | : | |
| Defendants. | : | MAY 28, 2004 |

## EXHIBIT LIST

A. Relevant portions of the transcript of the February 19, 2004 Deposition of Beverly Myers in <u>Beverly Myers v. John Laverty, et al.</u>, 3:02CV1152 (AWT) ("Myers I Tr.").

B. Relevant portions of the transcript of the March 10, 2002 Deposition of Beverly Myers in this case ("Myers II Tr.").

C. Relevant portions of the transcript of the January 8, 2004 Deposition of Mark Irvings.

D. Relevant portions of the transcript of the January 20, 2004 Deposition of Nukilwa Taquilaya.

E. Plaintiff's Responses to Defendants' Requests for Admission.

F. Special Act 97-4.

G. Special Act 01-7.

H. Affidavit of Ann F. Bird and attached exhibits.

I. Affidavit of Webster Brooks and attached exhibit.

J. Affidavit of Judith Fagan.

K.  Affidavit of Edna Negron and attached exhibit.

L.  Affidavit of James Boucher and attached exhibit.

M.  Affidavit of Felix Karsky and attached exhibit.

N.  Affidavit of D. Anwar Al-Ghani and attached exhibit.

O.  Affidavit of Anthony Amato and attached exhibits.

14107