UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV652 (PCD) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| | : | |
| Defendants. | : | AUGUST 12, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendants Edna Negron, D. Anwar Al-Ghani, James Boucher, Felix Karsky, Anthony Amato, Ann Bird (the "Individual Defendants"), the "State Board of Trustees for the City of Hartford" and the Hartford Board of Education (collectively, the "Defendants") have manually filed the exhibits to their Motion for Summary Judgment and supporting papers. These exhibits have not been filed electronically because the electronic file size of the documents greatly exceed 1.5 megabytes.

These exhibits have been manually served on plaintiff's counsel.

DEFENDANTS EDNA NEGRON, D. ANWAR AL-GHANI, JIM BOUCHER, FELIX KARSKY, ANTHONY AMATO, ANN BIRD, STATE BOARD OF TRUSTEES FOR THE CITY OF HARTFORD AND THE HARTFORD BOARD OF EDUCATION

By /s/ Joseph W. McQuade
Joseph W. McQuade, ct 12121
Diana Garfield, ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of August, 2004, a copy of the foregoing Notice of Manual Filing was mailed via U.S. Mail, first-class, postage prepaid to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

/s/ Joseph W. McQuade
Joseph W. McQuade

15069