UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: |
| | : | 303CV0652PCD |
| V. | : | |
| | : | |
| THE CITY OF HARTFORD, ET AL | : | July 30, 2004 |

## OBJECTION TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

The Plaintiff herein objects to the Defendants Motion for Summary Judgment for the reasons

contained in the Memorandum of Law filed herewith. The Plaintiff files the following additional

supporting documents:

1.    Affidavit of Beverly Myers;

2.    Copy of Affidavit of Nukilwa Taquilaya and Exhibit A **(The original document is**

      **already in the Court file, when it was filed with the Temporary Injunction.)**

3.    Affidavit of Francis A. Miniter;

4.    Affidavit of Christine E. Corriveau

5.    56A(2) Statement.

THE PLAINTIFF

By _____

Francis A. Miniter
Christine E. Corriveau
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 ct09566/ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered to the following counsel of record this 20th day of July, 2004:

Diana Garfield, Esq.
Joseph W. McQuade, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

Francis A. Miniter/Christine E. Corriveau