UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO:<br>3:03CV652 (PCD) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | July 30, 2004 |

### AFFIDAVIT OF CHRISTINE E. CORRIVEAU

STATE OF CONNECTICUT
                         Ss: Hartford
COUNTY OF HARTFORD

    The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.     I am an attorney for the Plaintiff in the above entitled matter.

2.     I did not receive a telephone call from Mr. Irvings on the day before the September 13, 2002 hearing date. I did not receive a message that he called. I have no knowledge of any other attorney from my firm speaking with Mr. Irvings. Mr. Irvings was not specific as to which attorney he spoke to. The only Attorneys who have worked on Ms. Myers' cases since that date are myself and Attorney Francis Miniter.

    Dated at Hartford, Connecticut this 30th day of July, 2004.

                                                                        Christine E. Corriveau

Subscribed and sworn to before me this 30th day of July, 2004.

                                                                        Daniel C. Spineti
                                                                        Commissioner of the Superior Court