UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: 3:03CV652 (PCD) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | July 30, 2004 |

### AFFIDAVIT OF FRANCIS A. MINITER

STATE OF CONNECTICUT
                           Ss: Hartford
COUNTY OF HARTFORD

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I am the attorney for the Plaintiff in the above entitled matter.

2. I did not receive a telephone call from Mr. Irvings on the day before the September 13, 2002 hearing date. I did not receive a message that he called. I have no knowledge of any attorney from my firm speaking with Mr. Irvings. Mr. Irvings was not specific as to which attorney he spoke to. The only Attorneys who have worked on Ms. Myers cases since that date are myself and Christine E. Corriveau.

Dated at Hartford, Connecticut this 29 day of July, 2004.

Francis A. Miniter

Subscribed and sworn to before me this 29th day of July, 2004.

Christine E. Corriveau
Commissioner of the Superior Court