

PROCEEDINGS UNDER

CONNECTICUT GENERAL STATUTES

SECTION 10-151

```
- - - - - - - - - - - - - - - x
In the Matter of:              |
SUPERINTENDENT OF HARTFORD     |
PUBLIC SCHOOLS,                |
          and                  |
TENURED TEACHER BEVERLY        |
MYERS.                         |
- - - - - - - - - - - - - - - x
```

CONTINUED HEARING ON APPEAL

Held Before

Impartial Hearing Panel

MARK L. IRVINGS, CHAIR

NUKILWA TAQUILAYA

JOHN M. ROMANOW

May 13, 2002



## The Cunningham Group, Inc.
Total Litigation Management

111 Gillett Street
(Corner Asylum Ave.)
Hartford, CT 06105
860-521-3664

Danbury
203-797-8107

Stamford
203-356-1229

Nationwide 800-842-4486
www.cunninghamreporting.com

```
                           MAY 13, 2002
                                                         2
 1   Appearances:
 2        For the Superintendent of Hartford
 3        Public Schools:
 4             OFFICE OF THE CORPORATION COUNSEL
 5             550 Main Street
 6             Hartford, Connecticut 06103
 7           By:  ANN F. BIRD, ESQ.
 8                Assistant Corporation Counsel
 9
10        For Tenured Teacher Beverly Myers:
11             MINITER & ASSOCIATES
12             147 Charter Oak Avenue
13             Hartford, Connecticut 06106
14                  By:  FRANCIS A. MINITER, ESQ.
15                       DANIEL C. SPINETI, ESQ.
16
17
18
19
20
21
22
23
24
25
```



PROCEEDINGS UNDER

CONNECTICUT GENERAL STATUTES

SECTION 10-151

- - - - - - - - - - - - - - - x

In the Matter of:                |

SUPERINTENDENT OF HARTFORD       |

PUBLIC SCHOOLS,                  |

       and                         |

TENURED TEACHER BEVERLY          |

MYERS.                           |

- - - - - - - - - - - - - - - x

CONTINUED HEARING ON APPEAL

Held Before

Impartial Hearing Panel

MARK L. IRVINGS, CHAIR

NUKILWA TAQUILAYA

JOHN M. ROMANOW

May 14, 2002



# The Cunningham Group, Inc.

Total Litigation Management

111 Gillett Street
(Corner Asylum Ave.)

| Danbury | Hartford, CT 06105 | Stamford |
|---|---|---|
| 203-797-8107 | 860-521-3664 | 203-356-1229 |

Nationwide 800-842-4486
www.cunninghamreporting.com

```
                         MAY 14, 2002
                                                      2
 1   Appearances:
 2        For the Superintendent of Hartford
 3        Public Schools:
 4             OFFICE OF THE CORPORATION COUNSEL
 5             550 Main Street
 6             Hartford, Connecticut 06103
 7          By:  ANN F. BIRD, ESQ.
 8               Assistant Corporation Counsel
 9
10        For Tenured Teacher Beverly Myers:
11             MINITER & ASSOCIATES
12             147 Charter Oak Avenue
13             Hartford, Connecticut 06106
14               By:  DANIEL C. SPINETI, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

MAY 14, 2002

6

1  JOHN     PAUL     LAVERTY,
2      having been previously duly sworn,
3      resumed the witness stand, and testified
4      further on his oath as follows:
5              DIRECT EXAMINATION
6  CONTINUED BY MS. BIRD:
7      Q.   Mr. Laverty, did you manage to find
8  the sign-in and out sheet we discussed
9  yesterday with respect to Board Exhibit 4?
10     A.   Yes.
11     Q.   Is it here today --
12     A.   It's here.
13     Q.   -- for inspection? Could you take
14 a look at that?  It's kind of dog-eared, I
15 guess.
16     A.   Yes.
17     Q.   Generally, what period of time does
18 that whole book cover?
19          THE CHAIR:  Before you go into
20 that, is it disputed whether Ms. Myers did or
21 didn't sign out?
22          MR. SPINETI:  I would like to
23 ask a couple of questions about it.  My
24 review of that document shows no name where
25 she is alleged to have signed out, so I, at

MAY 14, 2002

7

1   least, need to question that portion of it.
2              MS. BIRD:  I will withdraw
3   that question.
4   BY MS. BIRD:
5        Q.   The page we are looking at, Exhibit
6   Board 4, could you tell us based upon your
7   review of the book what days that covers?
8        A.   It covers perhaps up to two days
9   before May 2nd, maybe as late as April 30th,
10  down to May 4th.
11       Q.   Does it appear from your review of
12  the page as though the entry made on May 2nd,
13  the last entry on that page, the last entry
14  before you copied this sheet, does it appear
15  as though that entry has been altered?
16       A.   No, no.  I --
17       Q.   That's fine.  Now, yesterday,
18  Mr. Laverty, you described preparing an
19  unusual incident report regarding the events
20  of May 2nd.
21            Is this a copy of the report with
22  the names having been blacked out, the names
23  of students blacked out as best I could do?
24            (Pause.)
25       A.   Yes.  I'm in agreement this is the



PROCEEDINGS UNDER

CONNECTICUT GENERAL STATUTES

SECTION 10-151

- - - - - - - - - - - - - - - - - x

In the Matter of:                 |

SUPERINTENDENT OF HARTFORD        |

PUBLIC SCHOOLS                    |

        and                       |

TENURED TEACHER BEVERLY           |

MYERS.                            |

- - - - - - - - - - - - - - - - - x

CONTINUED HEARING ON APPEAL

Held   Before

Impartial Hearing Panel

MARK L. IRVINGS, Chairperson

NUKILWA TAQUILAYA

JOHN M. ROMANOW

June 10, 2002



**The Cunningham Group, Inc.**

Total Litigation Management

111 Gillett Street
(Corner Asylum Ave.)

Danbury      Hartford, CT 06105      Stamford
203-797-8107      860-521-3664      203-356-1229

Nationwide 800-842-4486
www.cunninghamreporting.com

```
                           JUNE 10, 2002
                                                          2
 1   Appearances:
 2        For the Superintendent of Hartford
 3        Public Schools:
 4             OFFICE OF THE CORPORATION COUNSEL
 5             550 Main Street
 6             Hartford, Connecticut 06103
 7             (860) 543-8575
 8                  By:   ANN F. BIRD, ESQ.
 9                        Assistant Corporation
10                        Counsel
11
12        For Tenured Teacher Beverly Myers:
13             MINITER & ASSOCIATES
14             147 Charter Oak Avenue
15             Hartford, Connecticut 06106
16             (860) 560-2590
17                  By:   FRANCIS A. MINITER, ESQ.
18                        DANIEL C. SPINETI, ESQ.
19
20
21
22
23
24
25
```



PROCEEDING UNDER

CONNECTICUT GENERAL STATUTES

SECTION 10-151

```
- - - - - - - - - - - - - - - - - x
In the Matter of:                  |
SUPERINTENDENT OF HARTFORD         |
PUBLIC SCHOOLS,                    |
        and                        |
TENURED TEACHER BEVERLY            |
MYERS.                             |
- - - - - - - - - - - - - - - - - x
```

CONTINUED HEARING ON APPEAL

Held Before

Impartial Hearing Panel

MARK L. IRVINGS, CHAIR

NUKILWA TAQUILAYA

JOHN M. ROMANOW

July 15, 2002



## The Cunningham Group, Inc.

111 Gillett Street *(Corner Asylum Ave.)*
Hartford, CT 06105
860-521-3664

Serving the Legal and Corporate Communities Since 1965

Nationwide 800-842-4486
www.cunninghamreporting.com

*Stamp: CORPORATION COUNSEL 02 AUG 16 PM 2:54*

JULY 15, 2002

2

1  Appearances:
2      For the Superintendent of Hartford
3      Public Schools:
4          OFFICE OF THE CORPORATION COUNSEL
5          550 Main Street
6          Hartford, Connecticut   06103
7        By:  ANN F. BIRD, ESQ.
8             Assistant Corporation Counsel
9
10     For Tenured Teacher Beverly Myers:
11         MINITER & ASSOCIATES
12         147 Charter Oak Avenue
13         Hartford, Connecticut   06016
14            By:  FRANCIS A. MINITER, ESQ.
15                 DANIEL C. SPINETI, ESQ.
16
17
18
19
20
21
22
23
24
25

CUNNINGHAM REPORTING ASSOCIATES