UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEVERLY MYERS

    v.　　　　　　　　　　　　　　　　　　　　Civil No.  3:03 CV 652 (PCD)

CITY OF HARTFORD, EDNA NEGRON,
D. ANWAR AL-GHANI, JIM BOUCHER,
FELIX KARSKY, STATE BOARD OF TRUSTEES
FOR THE CITY OF HARTFORD, ANTHONY
AMATO, ANN BIRD AND ROBERT STACEY

## JUDGMENT

    This matter came on for consideration on the defendants Edna Negron, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, Anthony Amato, Ann Bird, the State Board of Trustees for the City of Hartford and the Hartford Board of Education's motion for summary judgment before the Honorable Peter C. Dorsey, Senior United States District Judge.  On November 19, 2003, a Ruling issued granting defendants City of Hartford and Robert Stacey's motion to dismiss.

    The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2005, entered a Ruling on the defendants', Edna Negron, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, Anthony Amato, Ann Bird, the State Board of Trustees for the City of Hartford and the Hartford Board of Education's, motion for summary judgment granting the relief.

EOD: _____

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 5th day of April, 2005.

KEVIN F. ROWE, CLERK
By

/s/

Patricia A. Villano
Deputy Clerk