**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
2005 MAY -6 A 11: 50
DISTRICT COURT
HARTFORD, CT

BEVERLY MYERS : CIVIL ACTION NO: 3:03CV0652PCD

V.

THE CITY OF HARTFORD, EDNA NEGRON, D. ANWAR AL-GHANI, JIM BOUCHER, FELIX KARSKY, STATE BOARD OF TRUSTEES FOR THE CITY OF HARTFORD, ANTHONY AMATO, ANN BIRD AND ROBERT STACEY : May 5, 2005

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that BEVERLY MYERS, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 7th Day of April, 2005.

THE PLAINTIFF

By ____________________
Francis A. Miniter ct09566
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 phone
860-560-3238 fax
miniter@attglobal.net

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2005 APR -7 A 8: 22

U.S.

BEVERLY MYERS

v. Civil No. 3:03 CV 652 (PCD)

CITY OF HARTFORD, EDNA NEGRON, D. ANWAR AL-GHANI, JIM BOUCHER, FELIX KARSKY, STATE BOARD OF TRUSTEES FOR THE CITY OF HARTFORD, ANTHONY AMATO, ANN BIRD AND ROBERT STACEY

**JUDGMENT**

This matter came on for consideration on the defendants Edna Negron, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, Anthony Amato, Ann Bird, the State Board of Trustees for the City of Hartford and the Hartford Board of Education's motion for summary judgment before the Honorable Peter C. Dorsey, Senior United States District Judge. On November 19, 2003, a Ruling issued granting defendants City of Hartford and Robert Stacey's motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2005, entered a Ruling on the defendants', Edna Negron, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, Anthony Amato, Ann Bird, the State Board of Trustees for the City of Hartford and the Hartford Board of Education's, motion for summary judgment granting the relief.

EOD: 4/7/05

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 5th day of April, 2005.

KEVIN F. ROWE, CLERK
By

Patricia A. Villano

Patricia A. Villano
Deputy Clerk