UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: |
| | : | 3:03CV0652PCD |
| V. | : | |
| | : | |
| THE CITY OF HARTFORD, EDNA NEGRON, | : | |
| D. ANWAR AL-GHANI, JIM BOUCHER, | : | May 5, 2005 |
| FELIX KARSKY, STATE BOARD OF TRUSTEES | : | |
| FOR THE CITY OF HARTFORD, ANTHONY | : | |
| AMATO, ANN BIRD AND ROBERT STACEY | : | |
| | : | |

**CERTIFICATION OF NO TRANSCRIPT ORDERED**

Plaintiff/Appellant is ordering no transcript as the matter was decided on the papers without hearing.

THE PLAINTIFF

By_____
Francis A. Miniter   ct09566
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 phone
860-560-3238 fax
miniter@attglobal.net

CERTIFICATION OF SERVICE

      The undersigned does hereby certify that a true copy of the foregoing was mailed, through the U.S. Postal Service, postage pre-paid, to all of the following counsel of record:

Diana Gardfield, Esq.
Joseph W. McQuade, Esq.
Kainen Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, Ct 06106

                                                                                                  _____
                                                                                                  Francis A. Miniter