**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

Roseann B. MacKechnie
CLERK

2005 AUG 10 P 1: 35

| | |
|---|---|
| Date: | 8/2/05 |
| Docket Number: | 05-2281-cv |
| Short Title: | Myers v. Hartford |
| DC Docket Number: | 03-cv-652 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Peter Dorsey |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 1st. day of August, two thousand five.

Beverly Myers,

   Plaintiff-Appellant,

v.

City of Hartford,
   Defendant,

Edna Negron, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, State Board of Trustees, City of Hartford, Anthony Amato, Ann Bird,

   Defendant-Appellee.

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of     United States Court for the     be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE MANDATE, CONSISITNG OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE_____

For the Court,
Roseann B. MacKechnie, Clerk

*Angela Martin* (signature)

By: Angela Martin
Deputy Clerk