**MANDATE**

District of Connecticut/New Haven
03-cv-652
Dorsey

FILED
FEB 22  1:46 PM '06

UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT

| | | |
|---|---|---|
| BEVERLY MYERS, | : | 05-2281-CV |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD ET AL. | : | |
| Defendants. | : | |

FILED
FEB 10 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff, Beverly Myers, and Defendants, D. Anwar Al-Ghani, Jim Boucher, Felix Karsky, Anthony Amato, Ann Bird, Robert Stacy, the State Board of Trustees for the City of Hartford and the Hartford Board of Education, hereby voluntarily stipulate and agree that the above-captioned docketed appeal may be dismissed with prejudice and without costs and attorneys fees to either party.

APPELLANT,
BEVERLY MYERS

By _____
Francis Miniter, ct 09564
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
(860) 560-2590 (telephone)
(860) 560-3238 (fax)
miniter@athlegal.net
Her Attorneys

Date: 12-28-05

_____
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
_____
Lisa J. Greenberg, Staff Counsel

CERTIFIED: 2/10/06

RESPONDENT,
CITY OF HARTFORD et al.,

By _____
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
(860) 493-0870 (telephone)
(860) 493-0871 (fax)
jmcquade@kemlaw.com
Their Attorneys

Date: 1/12/06

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK